# STATE of Missouri, Respondent,

v.

## John T. HUNT, Appellant.

### No. WD 52934.

Missouri Court of Appeals,
Western District.

March 4, 1997.

A. Renae Adamson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daryle A. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

John T. Hunt appeals his first degree burglary conviction. We affirm. Rule 30.25(b).

# STATE of Missouri, Respondent,

v.

## Robert RICHARDSON, Appellant.

### No. WD 52583.

Missouri Court of Appeals,
Western District.

March 4, 1997.

David L. Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Robert Richardson challenges the sufficiency of the state's evidence in his appeal of his second degree murder conviction. We affirm. Rule 30.25(b).

# Henry CHESTER, Appellant,

v.

## MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.

### No. WD 52845.

Missouri Court of Appeals,
Western District.

March 4, 1997.

Henry Chester, Pro Se.

Jeremiah W. (Jay) Nixon, Attorney General, Michael J. Spillane, Assistant Attorney General, Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Appeal from the dismissal of a petition for declaratory judgment.

Affirmed. Rule 84.16(b).